# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| METROPOLITAN ATLANTA TASK FORCE FOR THE HOMELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF ATLANTA, GEORGIA <br><br> Defendant. | Civil Action File No. <br> 1:09-CV-2833-TWT |

## SATISFACTION OF WRIT

On September 26, 2014, Plaintiff paid Defendant the amount of the judgment [Doc. 178] plus interest, as set forth in the writ of execution entered November 1, 2013. Defendant, as judgment creditor, herewith acknowledges full and complete satisfaction of the writ and the Clerk is authorized to mark that it has been satisfied.

Dated this 7th day of October, 2014.

_____
Jeffrey S. Haymore
Ga. Bar No. 142479
Attorney for Defendant